UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRUCE BIRCH,

                              Plaintiff,

        v.

ARMUNCCHI, *et al.*,

                              Defendants.

Case No.  3:20-cv-00485-RCJ-CLB

**ORDER**

## I.      DISCUSSION

On January 15, 2021, the Court took judicial notice of the suggestion of death filed in Case No. 3:19-cv-00043-MMD-CLB at ECF No. 150 as to Plaintiff Bruce Birch (#61203) and issued an order allowing a 90-day period from the date of that order for a motion for substitution to be filed by any party or by the decedent's successor or representative. (ECF No. 14).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution.  As such, the Court dismisses the case.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Court dismisses this case pursuant to Fed. R. Civ. P. 25(a)(1).

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of the Court will close the case and enter judgment accordingly.

DATED THIS 28th day of April 2021.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE